**DENTSPLY INTERNATIONAL, INC., Plaintiff–Appellee,**

v.

**GREAT WHITE, INC., Defendant–Appellant.**

No. 01–1033.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

ORDER

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Sharma R. MINCHEY, Christine E. Swenson, Andrew S. Janoff, Lawrence Boni, Kathy A. Stewart, and Walter Perkins.**

No. 01–1093.
Serial no. 08/345,989.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Hazel P. LYONS, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 00–3223.

United States Court of Appeals, Federal Circuit.

Jan. 17, 2001.

ORDER

Hazel P. Lyons moves without opposition to voluntarily dismiss her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.